```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 06201
    ISRAEL L SANDOVAL
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0343

-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/30/2006 and was confirmed 08/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/12/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00            .00
SANDRA HART                UNSECURED        11028.90           .00         732.13
ALLAN MILLS ESQ            NOTICE ONLY     NOT FILED           .00            .00
COMMONWEALTH EDISON        NOTICE ONLY     NOT FILED           .00            .00
STUART B HANDELMAN         DEBTOR ATTY      2,000.00                      2,000.00
TOM VAUGHN                 TRUSTEE                                          149.87
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                2,882.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                        732.13
ADMINISTRATIVE                                 2,000.00
TRUSTEE COMPENSATION                             149.87
DEBTOR REFUND                                       .00
                      --------------         --------------
TOTALS                 2,882.00                2,882.00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 06201 ISRAEL L SANDOVAL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                 /s/ Tom Vaughn

Dated: 12/27/07                _____
                                                 TOM VAUGHN
                                                 CHAPTER 13 TRUSTEE